# UNITED STATES DISTRICT COURT

_____ District of _____

SAFECO INSURANCE COMPANY OF AMERICA

V.

G. CONWAY, INC. AND GERARD D. CONWATY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-11528 DPW

TO: (Name and address of Defendant)
Gerald D. Conway
7 Mount Vernon Street
Charlestown, MA  02129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric H. Loeffler, Esq.
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



(By) DEPUTY CLERK

7-8-04

7293f

I hereby certify and return that today, August 20, 2004, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Gerald D. Conway, by leaving said copies at 7 Mount Vernon Street, Charlestown, MA 02129 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Gerald D. Conway, at 7 Mount Vernon Street, Charlestown, MA 02129.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 20, 2004.

_____
**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455