UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>   Defendants. | CIVIL ACTION NO. 04-11528-DPW |

## STATEMENT OF SAFECO INSURANCE COMPANY OF AMERICA PURSUANT TO LOCAL RULE 7.3 (D. MASS.)

Pursuant to Local Rule 7.3 (D. Mass.), the plaintiff, Safeco Insurance Company of America ("Safeco") offers the following disclosure:  There is no corporation or publicly held company that owns 10% or more of Safeco's stock.

Respectfully submitted,

Safeco Insurance Company of America,

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500