UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>    Defendants. | CIVIL ACTION NO. 04-11528-DPW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

This will certify that counsel for the plaintiff, Safeco Insurance Company of America, has conferred with Safeco Insurance Company of America (a) with a view to establishing a budget of the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500

/s/ Ira E. Sussman
Mr. Ira E. Sussman
Safeco Insurance
2800 West Higgins Road, Suite 1100
Hoffman Estates, IL 60195