UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>          Defendants. | CIVIL ACTION NO. 04-11528-DPW |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to the Notice of Scheduling Conference dated September 14, 2004, Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(D) (D. Mass.), counsel for the plaintiff, Safeco Insurance Company of America, and counsel for the defendants, G. Conway, Inc. and Gerard D. Conway, have conferred and submit the following:

**I.     PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Establishment of pretrial schedule, including discovery, motions and case management conferences.

**II.    PROPOSED PRETRIAL SCHEDULE**

          A.     Joint Discovery Plan

| Event | Deadline |
|---|---|
| Service of Rule 26 Initial Disclosures | 12/17/04 |
| All motions under Fed. R. Civ. P. 12, 19 and 20 filed | 01/14/05 |
| Completion of Party and Fact Witness Depositions | 06/15/05 |
| Deadline for plaintiff's expert disclosures | 07/15/05 |

1

2

| | |
|---|---|
| Deadline for defendant's expert disclosures | 08/15/05 |
| Completion of Trial Expert Depositions | 10/15/05 |
| Deadline to file Summary Judgment Motions | 11/15/05 |

**III.   MAGISTRATE JUDGE**

The parties do not consent to trial by a magistrate judge.

**IV.   CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

The parties will file their certifications, pursuant to Local Rule 16.1(D)(3), under separate cover.

Respectfully submitted,

SAFECO INSURANCE COMPANY
OF AMERICA,

By its attorneys,


/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO#641289
Cetrulo & Capone LLP
Two Seaport Lane
Boston, Massachusetts 02210
(617) 217-5500

AND

G. CONWAY, INC. and GERARD D. CONWAY,

By their attorneys,


/s/ Matthew A. Caffrey
Matthew A. Caffrey, BBO #558901
Samer Obeid, BBO #658702
Caffrey & Smith, P.C.
P.O. Box 1317
300 Essex Street
Lawrence, MA 01842,
(978) 686-6151