UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                   )
SAFECO INSURANCE COMPANY OF        )
AMERICA,                           )
                                   )
          Plaintiff,               )    CIVIL ACTION NO. 04-11528DPW
                                   )
     v.                            )
                                   )
G. CONWAY, INC. and GERARD D.      )
CONWAY,                            )
                                   )
          Defendants.              )
_____)
```

**JOINT MOTION TO EXTEND TRACKING DEADLINES**

    Now come all parties in the above-captioned action, and they hereby jointly move this Court to extend all tracking deadlines for a period of six (6) months. As grounds for this motion the parties state as follows:

    1.    The Plaintiff continues to incur costs and expenses relating to its claim in this case. For this reason, the Plaintiff's claim continues to change, and is not ripe for adjudication at this time.

    2.    Plaintiff and Defendants intend to engage in settlement negotiations over the next several months.

3.   Where (1) the case is not yet ripe for adjudication, (2) all parties agree that it is in their best interest to postpone the deadlines by six months, and (3) it is possible that the case will be settled during the intervening period, the parties respectfully submit that an extension of six months is fair and reasonable.

WHEREFORE, for all of the above reasons, the parties respectfully request that the Court extend the tracking deadlines as prayed for above.

```
                              DEFENDANTS G. CONWAY, INC. AND
                              GERARD D. CONWAY,

                              By their attorneys,


                              /s/ Samer Obeid_____
                              Matthew A. Caffrey (BBO #558901)
                              Samer Obeid (BBO #658702)
                              CAFFREY & SMITH, P.C.
                              300 Essex Street
                              Lawrence, MA 01840
                              (978) 686-6151


                              PLAINTIFF SAFECO INSURANCE
                              COMPANY of AMERICA,

                              By its attorneys,


                              /s/ Eric H. Loeffler_____
                              Bradford R. Carver (BBO #565396)
                              Eric H. Loeffler (BBO #641289)
                              CETRULO & CAPONE LLP
                              Two Seaport Lane
                              Boston, MA 02210
                              (617)217-5500
```

Dated:    June 15, 2005