UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>       Defendants. | CIVIL ACTION NO. 04-11528-DPW |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR SAFECO INSURANCE COMPANY OF AMERICA**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Safeco Insurance Company of America is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone:  (617) 213-7000**
**Fax:  (617) 213-7001**

1

2

        Respectfully Submitted,
**SAFECO INSURANCE COMPANY OF AMERICA**
By its attorneys,

/s/ Eric H. Loeffler
_____
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000

Date: July 14, 2005

34012277v1 NEWFILE