UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>       Defendants. | CIVIL ACTION NO. 04-11528-DPW |

## JOINT MOTION TO EXTEND SCHEDULING DEADLINES

The plaintiff, Safeco Insurance Company of America ("Safeco"), and the defendants, G. Conway, Inc. and Gerard D. Conway (collectively, "Conway"), hereby jointly move this Honorable Court to extend the discovery and motions deadlines for a period of ninety (90) days. As grounds for this motion, the parties state as follows:

    1.    Safeco commenced this action against Conway to recover losses and expenses allegedly incurred by Safeco by reason of having issued surety bonds on behalf of Conway.

    2.    Several underlying claims against Conway and Safeco, as surety, are still pending in the Massachusetts Superior Court and have yet to be resolved. As a result, Safeco continues to face exposure from those claims, for which Safeco will seek indemnification from Conway to the extent it suffers additional loss and expense.

    3.    For this reason, Safeco's claim continues to change, and is not ripe for adjudication at this time.

4.       Additionally, Safeco and Conway continue to engage in meaning settlement discussions but, due to unresolved bond claims, complete resolution of Safeco's claims cannot be achieved at this time.

5.       Because the case is not yet ripe for adjudication, and because all parties agree that it is in their best interest to postpone the deadlines for a period of ninety (90) days, the parties respectfully submit that such an extension is fair and reasonable.

WHEREFORE, for all of the above reasons, the parties respectfully request that this Honorable Court extend the discovery and motions deadlines for a period of ninety (90) days from the date of this Joint Motion.

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA,

By its attorneys,

/s/ Eric H. Loeffler
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA 02110
(617) 213-7000

and

G. CONWAY, INC. AND GERARD D. CONWAY,

By their attorneys,

/s/ Matthew A. Caffrey
Matthew A. Caffrey (BBO #558901)
Samer Obeid (BBO #658702)
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151