**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-11528DPW |
| | ) | |
| v. | ) | |
| | ) | |
| G. CONWAY, INC. and GERARD D. CONWAY, | ) ) | |
| Defendants. | ) | |
| | ) | |

### JOINT MEMORANDUM FOR STATUS CONFERENCE

Now come all parties in the above-captioned action, and they hereby jointly submit this memorandum to update the Court as to the status of the various matters that are pending, and upon which the Plaintiff's claims in this case are based.

1.   G. Conway, Inc. v. R.W. Granger & Sons, Inc., et al;
     Essex Superior Court, Civil Action No. 04-2219-B

   •     Discovery to be completed by 7/1/06

   •     Pre-trial conference on 9/5/06

The parties continue to engage in good faith settlement discussions, however, Defendant Nichols Village asserts substantial back-charges against Conway which both Conway and Safeco deny.

Safeco made payments to two (2) sub-subcontractors on this project: Reliable Fence and D&R General Contracting.  Conway's claim against Nichols Village includes those amounts paid by Safeco to Reliable Fence and D&R.

Conway has not yet been paid by Nichols Village for the amounts paid by Safeco to Reliable Fence and D&R.  Conway has asserted, and continues to assert, that no payment is due to those sub-subcontractors based on the express language of the agreement between the parties, unless and until payment is received from the owner of the project.

2.   J&B Granite and Stone Works, Ltd. v. G. Conway, Inc., et al;  Essex Superior Court; Civil Action No. 04-864B

• Discovery period closed

• Special Status Conference on 7/21/06

Safeco has made two (2) payments to J&B Granite in the amount of approximately $108,000 as payment for J&B's claim in this action.  Conway objected to said payments.  J&B now seeks the remainder of its claim against Conway, approximately $40,000.

Conway has made substantive objections to the quality of the work completed by J&B Granite, and therefore to the payments made by Safeco to this subcontractor.

3.    Keystone Northeast, et al. v. G. Conway, Inc., et al.
      Essex Superior Court; Civil Action No. 00-1784D

   •    Discovery period closed

   •    Pre-trial Conference on July 11, 2006

The Plaintiff in this case failed to obtain a written

change order from Conway for certain work it allegedly performed

at a site in Lawrence, MA.  For that reason, Conway was unable

to submit a change order to the owner of the project for the

additional work allegedly completed, and ultimately was denied

payment for same.  Therefore, Conway refused to pay for that

additional work, citing a specific contractual clause in the

written contract between the parties in its defense.  As of this

date, Safeco has not made any payment to this claimant under the

bond.

   Discovery in this matter closed in January, 2005.  Cross-

motions for summary judgment were denied by the Court.  The

Defendant obtain new counsel in March, 2006.  A pre-trial

conference is scheduled for July 11, 2006.  The amount in

controversy is approximately $125,000.


4.    Village Forge, Inc. v. Safeco Surety, et al;
      Suffolk Superior Court, Civil Action No. 05-3913

- Discovery to be completed by 11/02/07

Co-defendant MBTA failed to timely answer the complaint and has been defaulted.  Plaintiff Village Forge now seeks a default judgment against MBTA and MBTA seeks to have the default removed.

The Court has scheduled a hearing for all issues on 6/8/06. Conway has been paid in full for its work.  Village Forge's claim is essentially for payment for its work directly from MBTA.

PLAINTIFF SAFECO INSURANCE
COMPANY of AMERICA,

By its attorneys,

/s/ Paula-Lee Chambers

_____
Bradford R. Carver (BBO #565396)
Paula-Lee Chambers (BBO #566888)
Eric H. Loeffler (BBO #641289)
Hinshaw & Culbertson LLP
One International Place, Third Floor
Boston, MA   02110
(617) 213-7000


DEFENDANTS G. CONWAY, INC. AND
GERARD D. CONWAY,

By their attorneys,



/s/ Matthew A. Caffrey

_____
Matthew A. Caffrey (BBO #558901)
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

Dated:    May 5, 2006