## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>    Defendants. | Civil Action No. 04-11528-DPW |

### SAFECO INSURANCE COMPANY OF AMERICA'S
### MOTION FOR SUMMARY JUDGMENT

The plaintiff, Safeco Insurance Company of America ("Safeco"), hereby moves pursuant to Fed. R. Civ. P. Rule56 and Local Rule 56.1 (D. Mass), for the entry of summary judgment in its favor against the defendants, G. Conway, Inc. and Gerard D. Conway (hereinafter referred to as "the Indemnitors"). As grounds for this Motion, Safeco states that it is entitled to indemnification as a matter of law for the following reasons:

1.      The Indemnitors executed a General Agreement of Indemnity for Contractors ("the GAI") obligating them to indemnify and reimburse Safeco, as surety, for any and all losses Safeco incurred as a result of issuing surety bonds on behalf of its principal, G. Conway, Inc. ("Conway").

2.      Safeco, in good faith, incurred losses as a result of issuing surety bonds on behalf of Conway in an amount not less than $217,493.32, and continues to suffer loss and expense and remains exposed to additional losses; and

3.      The Indemnitors have failed to reimburse Safeco for its losses and expenses in violation of the express terms of the GAI.

There is no genuine issue as to any material fact and, based on those material facts, Safeco is entitled to judgment as a matter of law.

In support of this Motion, Safeco submits the following documents:

1. Memorandum of Law in Support of Safeco's Motion for Summary Judgment;

2. Safeco's Statement of Material Facts in Support of its Motion for Summary Judgment; and

3. Affidavit of Ann T. Hester.

WHEREFORE, Safeco Insurance Company of America respectfully requests that this Honorable Court grant its Motion for Summary Judgment in its entirety, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**SAFECO INSURANCE COMPANY OF AMERICA,**

By its attorneys,

/s/ Paula-Lee Chambers
Bradford R. Carver, BBO #565396
Paula-Lee Chambers, BBO #566888
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA  02110
(617) 213-7030

Date:  July 11, 2006

## CERTIFICATION UNDER LOCAL RULE 7.1 (A)(2)

In accordance with Local Rule 7.1(A)(2), I, Paula-Lee Chambers, do hereby certify that I have conferred with counsel for the defendants, G. Conway, Inc. and Gerard D. Conway, in good faith to try to resolve or narrow the issues contained in Safeco's Motion for Summary Judgment. Despite our conference, it is nevertheless necessary for Safeco to ask the Court to resolve this dispute through Safeco's Motion for Summary Judgment.

/s/ Paula-Lee Chambers
Paula-Lee Chambers, BBO #566888

## CERTIFICATE OF SERVICE

I, Paula-Lee Chambers, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 11, 2006.

/s/ Paula-Lee Chambers
Bradford R. Carver, BBO #565396
Paula-Lee Chambers, BBO #566888
Eric H. Loeffler, BBO#641289
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA  02110
(617) 213-7030

34021242v1 856731