## Itemized Statement of Attorney, Consultant and Internal Fees and Expenses

| Tran ID | Report Date | Tran Type | Check # | Payee/Payor Name | Loss Amt |
|---|---|---|---|---|---|
| 146169 | 06/01/2006 | Check Payment | 45876 | BEACON CONSULTING GROUP | $312.50 |
| 146170 | 06/01/2006 | Check Payment | 45875 | HINSHAW & CULBERTSON | $849.00 |
| 145720 | 05/12/2006 | Check Payment | 44971 | HINSHAW & CULBERTSON | $4,568.49 |
| 145041 | 04/24/2006 | Check Payment | 44854 | HINSHAW & CULBERTSON | $5,030.00 |
| 144688 | 04/11/2006 | Check Payment | 44800 | SAFECO INSURANCE COMPANY | $400.39 |
| 143162 | 02/21/2006 | Check Payment | 43789 | HINSHAW & CULBERTSON | $3,963.00 |
| 142326 | 01/25/2006 | Check Payment | 43645 | HINSHAW & CULBERTSON | $1,685.71 |
| 140535 | 11/28/2005 | Check Payment | 42633 | HINSHAW & CULBERTSON | $418.00 |
| 139606 | 10/26/2005 | Check Payment | 41707 | HINSHAW & CULBERTSON | $814.00 |
| 139324 | 10/25/2005 | Check Payment | 41660 | CETRULO & CAPONE LLP | $1,217.76 |
| 138628 | 10/04/2005 | Check Payment | 40791 | HINSHAW & CULBERTSON | $1,222.55 |
| 138630 | 10/04/2005 | Check Payment | 40790 | BEACON CONSULTING GROUP | $652.18 |
| 138083 | 09/16/2005 | Check Payment | 40690 | BEACON CONSULTING GROUP | $2,731.90 |
| 137535 | 08/26/2005 | Check Payment | 40617 | HINSHAW & CULBERTSON | $4,454.00 |
| 136983 | 08/11/2005 | Check Payment | 39279 | BEACON CONSULTING GROUP | $4,055.51 |
| 136385 | 07/25/2005 | Check Payment | 39193 | CETRULO & CAPONE LLP | $644.00 |
| 135659 | 07/06/2005 | Check Payment | 39081 | BEACON CONSULTING GROUP | $4,767.77 |
| 135661 | 07/06/2005 | Check Payment | 39082 | CETRULO & CAPONE LLP | $1,182.65 |
| 134885 | 06/10/2005 | Check Payment | 37968 | BEACON CONSULTING GROUP | $1,656.25 |
| 134584 | 06/03/2005 | Check Payment | 37926 | CETRULO & CAPONE LLP | $576.77 |
| 132772 | 04/11/2005 | Check Payment | 36550 | BEACON CONSULTING GROUP | $974.58 |
| 132773 | 04/11/2005 | Check Payment | 36549 | CETRULO & CAPONE LLP | $1,092.68 |
| 131732 | 03/08/2005 | Check Payment | 36407 | BEACON CONSULTING GROUP | $188.58 |
| 131211 | 02/17/2005 | Check Payment | 34726 | CETRULO & CAPONE LLP | $1,235.03 |
| 129909 | 01/12/2005 | Check Payment | 34575 | BEACON CONSULTING GROUP | $702.97 |
| 128817 | 12/13/2004 | Check Payment | 34467 | BEACON CONSULTING GROUP | $646.43 |
| 127733 | 11/12/2004 | Check Payment | 33274 | CETRULO & CAPONE LLP | $2,785.12 |
| 127342 | 11/04/2004 | Check Payment | 33249 | BEACON CONSULTING GROUP | $3,155.69 |
| 126730 | 10/18/2004 | Check Payment | 33194 | CETRULO & CAPONE LLP | $1,188.98 |
| 126460 | 10/08/2004 | Check Payment | 33141 | BEACON CONSULTING GROUP | $8,465.67 |
| 125993 | 09/23/2004 | Check Payment | 33113 | CETRULO & CAPONE LLP | $4,292.00 |
| 125366 | 09/17/2004 | Check Payment | 32805 | BEACON CONSULTING GROUP | $10,566.74 |
| 124945 | 08/31/2004 | Check Payment | 32144 | CETRULO & CAPONE LLP | $5,726.36 |
| 123939 | 08/03/2004 | Check Payment | 32086 | BEACON CONSULTING GROUP | $7,094.49 |
| 123985 | 07/27/2004 | Check Payment | 31208 | CETRULO & CAPONE LLP | $1,644.65 |
| 122906 | 06/16/2004 | Check Payment | 30375 | CETRULO & CAPONE LLP | $539.75 |
| 122383 | 05/27/2004 | Check Payment | 30305 | CETRULO & CAPONE LLP | $1,889.04 |
| 121870 | 05/06/2004 | Check Payment | 30226 | SAFECO INSURANCE COMPANY | $277.60 |
| | | | | **TOTAL** | **$93,668.79** |



EXHIBIT B