

ATTORNEYS AT LAW

One International Place
Fort Hill Square
Third Floor
Boston, MA 02110

T 617-213-7000
F 617-213-7001
www.hinshawlaw.com

July 19, 2006

Honorable Douglas P. Woodlock
United States District Court
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA   02210

    Re:    **Safeco Insurance Company of America v. G. Conway, Inc.
              and Gerard D. Conway**
              **U.S.D.C. C.A. No.:  04-11528-DPW**

Dear Honorable Woodlock:

This is to provide the Court with the present status of the above case.

1. **Status of Discovery**

The discovery deadline was July 12, 2006.  Safeco has provided its written responses to interrogatories and production propounded by the defendants.  However, the documents are in the process of being assembled and will be forwarded to the defendants for their review within the next 14 days.

2. **Dispositive Motions**

Safeco filed a Motion for Summary Judgment on July 11, 2006.  By agreement with the defendants, the defendants will make a determination as to whether they will file an Opposition once the defendants review the outstanding document production.

3. **Outstanding Unresolved Issues**

    a.    There is an issue as to whether Gerald D. Conway is liable under the terms of the General Indemnity Agreement for loss damages and expenses incurred by Safeco prior to the effective date of the personal guarantee.  Safeco is in the process of reviewing the merits of this issue and may be resolved by stipulation of the parties.

    b.    The amount of damages are not fixed and certain at this time due to multi litigation filed against multi performance and payment bonds of G. Conway.

Honorable Douglas P. Woodlock
July 19, 2006
Page 2

**4.      Settlement Possibilities**

The parties continue to discuss settlement of the indemnity with Safeco notwithstanding the continuing exposure under the bonds.

**5.      Recommendation**

We will provide the Court with an additional status report, updating the Court with regards to the status of discovery and the motion for summary judgment, on or before, October 19, 2006. The parties will continue to work diligently in resolving the matter before the next scheduled court appearance or as the Court deems necessary.


Very truly yours,                                             Very truly yours,

HINSHAW & CULBERTSON LLP                        CAFFREY & SMITH, P.C.


/s/ Paula-Lee Chambers                                  /s/ Matthew Caffrey

Paula-Lee Chambers                                        Matthew Caffrey
Direct 617-213-7007                                         Direct 978-686-6151
pchambers@hinshawlaw.com


PLC/ml

34022222v1 856731