UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
SAFECO INSURANCE COMPANY OF    )
AMERICA,                       )
                               )
          Plaintiff,           )   CIVIL ACTION NO. 04-11528DPW
                               )
   v.                          )
                               )
G. CONWAY, INC. and GERARD D.  )
CONWAY,                        )
                               )
          Defendants.          )
_____)
```

**JOINT MOTION TO EXTEND TRACKING DEADLINES AND TO EXTEND TIME FOR DEFENDANTS G. CONWAY, INC. AND GERARD D. CONWAY TO RESPOND TO PLAINTIFF SAFECO INSURANCE COMPANY OF AMERICA'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

Now come all parties in the above-captioned action, and they hereby jointly move this Court to extend all tracking deadlines as prayed for below.  The parties further move this Court to extend the time for Defendants G. Conway, Inc. and Gerard D. Conway to respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment.  As grounds for this motion the parties state as follows:

1.   On or about July 11, 2006, Plaintiff Safeco Insurance Company of America ("Safeco") filed a Motion for Summary Judgment against Defendants G. Conway, Inc. ("GCI") and Gerard D. Conway ("Conway").

2. On or about May 17, 2006, the Defendants served written discovery (interrogatories and document requests) and a Notice of Deposition on the Plaintiff.

3. On or about July 20, 2006, Plaintiff Safeco provided written responses to the Defendants' requests, and has agreed to make all responsive documents available for the Defendants' review. Safeco anticipates making said documents available for inspection within ten (10) days of the filing of this motion.

3. In light of the on-going discovery issues and Safeco's filing of its Motion for Summary Judgment, the parties have agreed to the following:

(1) allow the Defendants additional time to review Safeco's responsive documents once made available;

(2) allow the Defendants to re-notice Safeco's deposition pending the Defendants' review of Safeco's responsive documents; and

(3) allow the Defendants additional time to file an opposition to Safeco's Motion for Summary Judgment pending the Defendants' review of Safeco's responsive documents and Safeco's deposition, if necessary.

4. The parties, having agreed to a procedure for the orderly closure of discovery and the filing of appropriate motions based on same, now ask this Court to extend the tracking

deadlines and time to respond to Safeco's Motion for Summary Judgment as follows:

```
End of Discovery . . . . . . . . . . . . . . . . 10/01/06

Defendants' Opposition
to Summary Judgment Filed . . . . . . . . . . .  10/15/06

Deadline for Filing
all Rule 56 Motions . . . . . . . . . . . . . .  10/15/06

Pre-trial Conference . . . . . . . . . . . . . . 11/15/06
```

    5.   Under these circumstances, the parties respectfully submit that the extensions as prayed for above are fair and reasonable.

    WHEREFORE, for all of the above reasons, the parties respectfully request that the Court extend the tracking deadlines and extend the time for the Defendants to file an opposition to Safeco's Motion for Summary Judgment as prayed for above.

                              DEFENDANTS G. CONWAY, INC. AND
                              GERARD D. CONWAY,

                              By their attorneys,

                              /s/ Matthew A. Caffrey
                              Matthew A. Caffrey (BBO #558901)
                              Samer Obeid (BBO #658702)
                                  CAFFREY & SMITH, P.C.
                                  300 Essex Street
                                  Lawrence, MA 01840
                                  (978) 686-6151

        PLAINTIFF SAFECO INSURANCE
        COMPANY of AMERICA,

        By its attorneys,


        /s/ Eric H. Loeffler
        Paula-Lee Chambers (BBO #566888)
        Eric H. Loeffler (BBO #641289)
          Hinshaw & Culbertson LLP
          One International Place
          Fort Hill Square, 3rd Floor
          Boston, MA 02110
          (617)213-7030


Dated:    August 2, 2006


### **CERTIFICATION OF SERVICE**

    I hereby certify that a true and accurate copy of the within document was served upon each party by first class mail on this day.


        /s/ Matthew A. Caffrey
        Matthew A. Caffrey


Date:    August 2, 2006