UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> G. CONWAY, INC. and GERARD D. CONWAY, <br><br> Defendants. | CIVIL ACTION NO. 04-11528DPW |

**DEFENDANTS G. CONWAY, INC. AND GERARD D. CONWAY'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
<u>PURSUANT TO FED.R.CIV.P. 56(f)</u>**

Defendants G. Conway, Inc. and Gerard D. Conway (together "Defendants") hereby oppose pursuant to Fed.R.Civ.P. 56(f) the Motion for Summary Judgment filed by the Plaintiff Safeco Insurance Company of America ("Safeco"). As grounds for this Opposition, Defendants state that they are unable to file an opposition on the merits because the Defendants, due to the volume of documents (approximately 2,500 pages), to be produced by the Plaintiff, and the Plaintiff's attorney's medical emergency, did not receive the Plaintiff's documents until August 11, 2006. See, Affidavit of Matthew A. Caffrey, Esq., attached hereto as Exhibit A. Defendants further state as follows:

1. Due to the volume of documents (approximately 2,500 pages), to be produced by the Plaintiff, and the Plaintiff's attorney's medical emergency, Defendants did not receive the

documents until August 11, 2006. The Defendant's began an immediate review of the documents to respond to Plaintiff's Motion for Summary Judgment. In addition, the Defendants have been unable to schedule a deposition of the Plaintiff for this reason.

2.  The parties had agreed between themselves that, due to the Plaintiff's counsel's schedule, and a medical emergency, the time for the Plaintiff's responses to the Defendants' discovery would be extended. In exchange, Plaintiff agreed that the Defendants would not be required to respond to the Motion for Summary Judgment filed by the Plaintiff.

3.  The foregoing information was contained in a joint status report to the Court filed on July 19, 2006, as well as in the Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment filed on August 2, 2006.

4.  The specific chronology of events leading to this point in time is as follows:

    5/17/06    Defendants served interrogatories, document requests, and a notice of deposition on the Plaintiff

| | |
|---|---|
| 7/11/06 | Plaintiff filed its Motion for Summary Judgment |
| 7/11/06 | Defendants' counsel sent a letter to Plaintiff's counsel requesting immediate response to all outstanding discovery in order to allow Defendants the opportunity to properly oppose Plaintiff's Motion for Summary Judgment |
| 7/13/06 | Defendants' counsel sent a letter to Plaintiff's counsel confirming the Plaintiff's agreement to (1) provide Defendants with all discovery responses as soon as possible, (2) permit Defendants additional time to review discovery prior to deposing the Plaintiff, and (3) allow Defendants, after review of all discovery responses and Plaintiff's deposition, additional time to file an opposition to Plaintiff's Motion for Summary Judgment |
| 7/19/06 | Joint Status Report filed indicating that (1) Plaintiff was in the process of assembling its documents for Defendants' review, (2) Plaintiff would produce same to Defendants within 14 days, and (3) the parties had agreed to allow the Defendants to file their opposition to Plaintiff's Motion for Summary Judgment after the Defendants' review of the Plaintiff's documents |
| 7/20/06 | Plaintiff served its written responses to the Defendants' document requests and its answers to the Defendants' interrogatories; Plaintiff did not produce its responsive documents at this time |
| 8/2/06 | Michelle Rynne, Clerk, contacted Defendants' Counsel and indicated that the Joint Status Report filed on 7/19/06 was not sufficient to extend the time for Defendants' opposition. Ms. Rynne requested that the parties file a Joint Motion to Extend Time |
| 8/2/06 | Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment filed |
| 8/11/06 | Defendants received all responsive documents produced by the Plaintiffs |

    8/15/06    Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment denied

5.    As a result of these events, the Defendants have been unable to obtain essential facts regarding the following material matters asserted by the Plaintiff in its Motion for Summary Judgment:

    (a)    The total fees and costs incurred by the Plaintiff in connection with its investigation and defense under the bond;

    (b)    The reasonableness of the costs incurred by the Plaintiff in relation to the matters raised by the various subcontractors under the bond;

    (c)    The applicability of the bond to the individual Defendant Gerard D. Conway; and

    (d)    The necessity or reasonableness of the bond payments made by the Plaintiff in light of the defenses to payment asserted by the Defendants.

6.    Without a continuance of the time to file an opposition on the merits to the Plaintiff's Motion for Summary Judgment, the Defendants will be denied a meaningful opportunity to defend themselves in this action.

WHEREFORE, the Defendants hereby request that the Court grant the following relief:

A. Grant a continuance of the time to respond to Plaintiff's Motion for Summary Judgment to permit further discovery and allow the Defendants to file an opposition on the merits to same;

B. Schedule a status conference to permit Defendants' counsel an opportunity to be heard on this matter; and

C. Such other relief as the Court deems appropriate under the circumstances.

```
                              DEFENDANTS G. CONWAY, INC. and
                              GERARD D. CONWAY

                              By their attorneys,


                              _____
                              Matthew A. Caffrey, (BBO #558901)
                              Samer Obeid, (BBO #658702)
                                Caffrey & Smith, P.C.
                                300 Essex Street
                                Lawrence, MA 01842
                                (978) 686-6151
```

Date:    August 16, 2006

**ASSENT**

Plaintiff Safeco Insurance Company of America hereby assents to the relief requested above.

```
                            PLAINTIFF SAFECO INSURANCE
                            COMPANY of AMERICA,

                            By its attorneys,


                             /s/ Paula-Lee Chambers
                            Paula-Lee Chambers (BBO #566888)
                              Hinshaw & Culbertson LLP
                              One International Place
                              Fort Hill Square, 3rd Floor
                              Boston, MA 02110
                              (617)213-7030
```

Dated:    August 16, 2006


**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing document was today served by first class mail, postage prepaid, on all counsel of record.

_____
Matthew A. Caffrey

Date:    August 16, 2006