UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SAFECO INSURANCE COMPANY OF         )
AMERICA,                            )
                                    )
            Plaintiff,              )   CIVIL ACTION NO. 04-11528DPW
                                    )
    v.                              )
                                    )
G. CONWAY, INC. and GERARD D.       )
CONWAY,                             )
                                    )
            Defendants.             )
_____)

**JOINT MOTION TO RECONSIDER**
**"JOINT MOTION TO EXTEND TRACKING DEADLINES AND TO EXTEND TIME FOR DEFENDANTS G. CONWAY, INC. AND GERARD D. CONWAY TO RESPOND TO PLAINTIFF SAFECO INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT"**

Now come all parties in the above-captioned action, and they hereby jointly move this Court to reconsider the Joint Motion filed on August 2, 2006. The parties seek to extend all tracking deadlines and the time for Defendants G. Conway, Inc. and Gerard D. Conway to respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment. As grounds for this motion the parties state as follows:

1.      On or about May 17, 2006, Defendants G. Conway, Inc. ("GCI") and Gerard D. Conway ("Conway") served written discovery

(interrogatories and document requests) and a Notice of Deposition on the Plaintiff Safeco Insurance Company of America ("Safeco").

    2.   On or about July 11, 2006, Plaintiff Safeco filed a Motion for Summary Judgment against the Defendants.

    3.   On or about July 20, 2006, Plaintiff Safeco provided written responses to the Defendants' discovery requests and agreed to make all responsive documents available for the Defendants' review.

    4.   The parties agreed between themselves that, due to (1) the Plaintiff's counsel's schedule, and (2) the volume of documents **(approximately 2,500 pages)**, to be produced, the time for the Plaintiff to produce the responsive documents would be extended.  In exchange, Plaintiff agreed to extend the time in which Defendants could respond to Plaintiff's Motion for Summary Judgment.  Plaintif further agreed to make Safeco available for deposition, if necessary, pending the Defendants review of the responsive documents.

    **5.**   **In addition to the factors stated in paragraph 4,**

**Plaintiff's counsel was required to attend to an unexpeceted family medical emergency in or around late July and early August 2006.  As a result, Defendants did not receive the Plaintiff's documents until <u>August 11, 2006</u>.**

6.  The Defendants began an immediate review of the documents in order to respond to Plaintiff's Motion for Summary Judgment and to prepare for the Plaintiff's deposition.

7.  The foregoing information was contained in a joint status report to the Court filed on July 19, 2006, as well as in the Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment filed on August 2, 2006.

8.  On or about August 15, 2006, the Court denied the Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment filed on August 2, 2006.

9. Accordingly, the parties now respectfully request that the Court reconsider its denial of the parties' Joint Motion.

10. The specific chronology of events leading to this point in time is as follows:

| | |
|---|---|
| 5/17/06 | Defendants served interrogatories, document requests, and a notice of deposition on the Plaintiff |
| 7/11/06 | Plaintiff filed its Motion for Summary Judgment |
| 7/11/06 | Defendants' counsel sent a letter to Plaintiff's counsel requesting immediate response to all outstanding discovery in order to allow Defendants the opportunity to properly oppose Plaintiff's Motion for Summary Judgment |
| 7/13/06 | Defendants' counsel sent a letter to Plaintiff's counsel confirming the Plaintiff's agreement to (1) provide Defendants with all discovery responses as soon as possible, (2) permit Defendants additional time to review discovery prior to deposing the Plaintiff, and (3) allow Defendants, after review of all discovery responses and Plaintiff's deposition, additional time to file an opposition to Plaintiff's Motion for Summary Judgment |
| 7/19/06 | Joint Status Report filed indicating that (1) Plaintiff was in the process of assembling its documents for Defendants' review, (2) Plaintiff would produce same to Defendants within 14 days, and (3) the parties had agreed to allow the Defendants to file their opposition to Plaintiff's Motion for Summary Judgment after the Defendants' review of the Plaintiff's documents |
| 7/20/06 | Plaintiff served its written responses to the Defendants' document requests and its answers to |

|  |  |
|---|---|
|  | the Defendants' interrogatories; Plaintiff did not produce its responsive documents at this time |
| 8/2/06 | Michelle Rynne, Clerk, contacted Defendants' Counsel and indicated that the Joint Status Report filed on 7/19/06 was not sufficient to extend the time for Defendants' opposition.  Ms. Rynne requested that the parties file a Joint Motion to Extend Time |
| 8/2/06 | Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment filed |
| 8/11/06 | Defendants received all responsive documents produced by the Plaintiffs |
| 8/15/06 | Joint Motion to Extend Tracking Deadlines and to Extend Time for Defendants G. Conway, Inc. and Gerard D. Conway to Respond to Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment denied |

11. As a result of these events, the Defendants have been unable to obtain essential facts regarding the following material matters asserted by the Plaintiff in its Motion for Summary Judgment:

(a) The total fees and costs incurred by the Plaintiff in connection with its investigation and defense under the bond;

(b) The reasonableness of the costs incurred by the Plaintiff in relation to the matters raised by the various subcontractors under the bond;

(c) The applicability of the bond to the individual

        Defendant Gerard D. Conway; and

(d)    The necessity or reasonableness of the bond payments made by the Plaintiff in light of the defenses to payment asserted by the Defendants.

12.    Without a continuance of the time to file an opposition on the merits to the Plaintiff's Motion for Summary Judgment, the Defendants will be denied a meaningful opportunity to defend themselves in this action.

13.    In light of the on-going discovery issues and Safeco's filing of its Motion for Summary Judgment, the parties have agreed to the following:

(1)    allow the Defendants additional time to review Safeco's responsive documents once made available;

(2)    allow the Defendants to re-notice Safeco's deposition pending the Defendants' review of Safeco's responsive documents; and

(3)    allow the Defendants additional time to file an opposition to Safeco's Motion for Summary Judgment pending the Defendants' review of Safeco's responsive documents and Safeco's deposition, if necessary.

14.    The parties, having agreed to a procedure for the orderly closure of discovery and the filing of appropriate motions based on same, now ask this Court to extend the tracking deadlines and time to respond to Safeco's Motion for Summary

Judgment as follows:

    End of Discovery . . . . . . . . . . . . . . . . 10/01/06

    Defendants' Opposition
    to Summary Judgment Filed . . . . . . . . . . 10/15/06

    Deadline for Filing
    all Rule 56 Motions . . . . . . . . . . . . . 10/15/06

    Pre-trial Conference . . . . . . . . . . . . . 11/15/06

15. Under these circumstances, the parties respectfully submit that the extensions as prayed for above are fair and reasonable.

WHEREFORE, for all of the above reasons, the parties respectfully request that the Court extend the tracking deadlines and extend the time for the Defendants to file an opposition to Safeco's Motion for Summary Judgment as prayed for above.

DEFENDANTS G. CONWAY, INC. AND
GERARD D. CONWAY,

By their attorneys,

/s/ Matthew A. Caffrey
Matthew A. Caffrey (BBO #558901)
Samer Obeid (BBO #658702)
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

PLAINTIFF SAFECO INSURANCE
COMPANY of AMERICA,

By its attorneys,

/s/ Eric H. Loeffler
Paula-Lee Chambers (BBO #566888)
Eric H. Loeffler (BBO #641289)
Hinshaw & Culbertson LLP
One International Place
Fort Hill Square, 3rd Floor
Boston, MA 02110
(617)213-7030

Dated:    August 28, 2006

34023474v1 856731