UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>G. CONWAY, INC. and GERARD D. CONWAY,<br><br>    Defendants. | CIVIL ACTION NO. 04-11528DPW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come all parties in the above-captioned action, and they hereby stipulate that the same be dismissed without prejudice, and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

DEFENDANTS G. CONWAY, INC. AND
GERARD D. CONWAY,

By their attorneys,

/s/ Matthew A. Caffrey_____
Matthew A. Caffrey (BBO #558901)
Samer Obeid (BBO #658702)
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

- 1 -

        PLAINTIFF, SAFECO INSURANCE
        COMPANY of AMERICA,

        By its attorneys,


        /s/ Paula-Lee Chambers_____
        Paula-Lee Chambers (BBO #566888)
        Eric H. Loeffler (BBO #641289)
        Hinshaw & Culbertson LLP
        One International Place
        Fort Hill Square, 3rd Floor
        Boston, MA 02110
        (617) 213-7030

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

    I, Paula-Lee Chambers, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 6, 2006.


        /s/Paula-Lee Chambers_____
        Bradford R. Carver, BBO #565396
        Paula-Lee Chambers, BBO #566888
        Eric H. Loeffler, BBO#641289
        Hinshaw & Culbertson LLP
        One International Place, 3rd Floor
        Boston, MA  02110
        (617) 213-7030

34024721v1 856731